Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  21−12997−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Joan Grochala
   22 Longwood Dr
   Trenton, NJ 08620

Social Security No.:
   xxx−xx−6516

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on July 23, 2021.

Dated: July 23, 2021
JAN: kmm

                                                                    Jeanne Naughton
                                                                    Clerk

United States Bankruptcy Court

District of New Jersey

In re: | Case No. 21-12997-MBK
---|---
Joan Grochala | Chapter 13
    Debtor |

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3
Date Rcvd: Jul 23, 2021      Form ID: plncf13      Total Noticed: 40

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joan Grochala, 22 Longwood Dr, Trenton, NJ 08620-2415 |
| 519166145 | + | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 519232826 | + | Collins Asset Group LLC., Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Suite 200, Tucson, AZ 85712-1083 |
| 519166153 | | Fiancial Responsible Debt Collections, PO Box 2856, Chesapeake, VA 23327-2856 |
| 519189958 | + | Goldman Sachs Bank, USA, by AIS InfoSource, LP as Agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519166155 | + | LendingPoint LLC., 1201 Roberts Blvd, Suite 200, Kennesaw, GA 30144-3612 |
| 519166156 | + | M.A.K. Construction, Inc, 11 Highbridge Road, Trenton, NJ 08620-9632 |
| 519166157 | + | Marcus by Goldman Sachs, Attn: Bankruptcy, Po Box 45400, Salt Lake City, UT 84145-0400 |
| 519166164 | + | Webcollex, LLC, dba CKS Financial, 510 Independence Parkway, Suite 300, Chesapeake, VA 23320-5180 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 23 2021 20:16:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 23 2021 20:16:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519186470 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jul 23 2021 20:16:45 | ACAR Leasing LTD d/b/a GM Financial Leasing, P.O. Box 183853, Arlington, TX 76096-3853 |
| 519166144 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jul 23 2021 20:16:45 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 519166147 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 23 2021 20:19:30 | CC Holdings/CardMember Services, Attn: Card Services, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 519166148 | | Email/Text: bankruptcy_notifications@ccsusa.com | Jul 23 2021 20:16:00 | CCS, PO Box 55126, Boston, MA 02205-5126 |
| 519169929 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jul 23 2021 20:15:00 | Citizens Bank N.A., One Citizens Bank Way, Mailstop: JCA115, Johnston, RI 02919 |
| 519166150 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jul 23 2021 20:15:00 | Citizens Bank NA, Attn: Bankruptcy, One Citizens Plaza, Providence, RI 02903 |
| 519166151 | | Email/Text: jsanders@cksfin.com | Jul 23 2021 20:16:00 | CKS Financial, PO Box 2856, Chesapeake, VA 23327-2856 |
| 519192399 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 23 2021 20:19:20 | CW Nexus Credit Card Holdings l, LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519166146 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 23 2021 20:19:20 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519189971 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jul 23 2021 20:19:26 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519195988 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | | |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jul 23 2021 20:19:42 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519166149 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 23 2021 20:19:34 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519170178 | | Email/Text: mrdiscen@discover.com | Jul 23 2021 20:15:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519166152 | + | Email/Text: mrdiscen@discover.com | Jul 23 2021 20:15:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 519235537 | + | Email/Text: PBNCNotifications@peritusservices.com | Jul 23 2021 20:15:00 | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 519166154 | + | Email/Text: PBNCNotifications@peritusservices.com | Jul 23 2021 20:15:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 519216787 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 23 2021 20:19:25 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519211748 | + | Email/PDF: ais.midfirst.ebn@americaninfosource.com | Jul 23 2021 20:19:19 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 519166158 | + | Email/PDF: ais.midfirst.ebn@americaninfosource.com | Jul 23 2021 20:19:19 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 519166159 | + | Email/PDF: pa_dc_claims@navient.com | Jul 23 2021 20:19:39 | Navient, Attn: Claims Dept, Po Box 9500, Wilkes-Barre, PA 18773-9500 |
| 519186368 | | Email/PDF: pa_dc_claims@navient.com | Jul 23 2021 20:19:32 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 519217812 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 23 2021 20:19:21 | PORTFOLIO RECOVERY ASSOCIATES, LLC, c/o WYNDHAM, POB 41067, Norfolk, VA 23541 |
| 519237063 | | Email/Text: bnc-quantum@quantum3group.com | Jul 23 2021 20:16:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519166160 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 23 2021 20:19:26 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 519232639 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 23 2021 20:19:29 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519167198 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 23 2021 20:19:29 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519166162 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 23 2021 20:19:29 | Synchrony Bank/TJX, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 519166163 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 23 2021 20:19:29 | Synchrony/Ashley Furniture Homestore, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519234400 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jul 23 2021 20:19:42 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 31

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519166161 | | Syncb/walmart |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 3 |
| Date Rcvd: Jul 23, 2021 | Form ID: plncf13 | Total Noticed: 40 |

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2021         Signature:         /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Marcia Y. Phillips | on behalf of Debtor Joan Grochala mphillips@uprightlaw.com  theladyjustice.phillips@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4