Office Mailing Address:                                                    Send Payments **ONLY** to:
Albert Russo, Trustee                                                          Albert Russo, Trustee
PO Box 4853                                                                          PO Box 933
Trenton, NJ  08650-4853                                                 Memphis, TN  38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2021 to 02/03/2022
### Chapter 13 Case No. 21-12997 / MBK

Joan Grochala                                                                Petition Filed Date: 04/12/2021
                                                                                    341 Hearing Date: 05/13/2021
                                                                               Confirmation Date: 07/14/2021

Case Status: Open / Confirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|------|--------|-----------|------|--------|-----------|------|--------|-----------|
| 05/10/2021 | $500.00 | 76620330 | 06/02/2021 | $500.00 | 77117580 | 07/06/2021 | $500.00 | 77817530 |
| 08/02/2021 | $500.00 | 78491160 | 09/07/2021 | $500.00 | 79271690 | 10/04/2021 | $500.00 | 79887020 |
| 11/01/2021 | $500.00 | 80522680 | 11/30/2021 | $500.00 | 81119180 | 01/03/2022 | $500.00 | 81781080 |
| 01/31/2022 | $500.00 | 82442820 | | | | | | |

**Total Receipts for the Period:  $5,000.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $5,000.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---------|---------------|-------|--------------|-------------|-------------|
| 0 | Joan Grochala | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | MARCIA Y. PHILLIPS<br>»» ATTY DISCLOSURE | Attorney Fees | $3,200.00 | $3,200.00 | $0.00 |
| 1 | CITIZENS BANK, N.A.<br>»» STUDENT LOAN | Unsecured Creditors | $8,545.21 | $0.00 | $8,545.21 |
| 2 | DISCOVER BANK | Unsecured Creditors | $4,857.41 | $0.00 | $4,857.41 |
| 3 | NAVIENT SOLUTIONS, LLC | Unsecured Creditors | $35,113.69 | $0.00 | $35,113.69 |
| 4 | ACAR LEASING LTD<br>»» 2020 CHEVROLET EQUINOX/LEASE | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 5 | GOLDMAN SACHS BANK USA | Unsecured Creditors | $5,900.36 | $0.00 | $5,900.36 |
| 6 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $4,536.08 | $0.00 | $4,536.08 |
| 7 | CW NEXUS CREDIT CARD HOLDINGS 1, LLC | Unsecured Creditors | $1,556.18 | $0.00 | $1,556.18 |
| 8 | CAPITAL ONE BANK (USA), N.A.<br>»» SYNCHRONY | Unsecured Creditors | $4,053.27 | $0.00 | $4,053.27 |
| 9 | MIDFIRST BANK<br>»» P/22 LONGWOOD DRIVE/1ST MTG | Mortgage Arrears | $466.69 | $466.69 | $0.00 |
| 10 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $1,722.12 | $0.00 | $1,722.12 |
| 11 | LVNV FUNDING LLC<br>»» CREDIT ONE BANK | Unsecured Creditors | $3,110.02 | $0.00 | $3,110.02 |
| 12 | LVNV FUNDING LLC<br>»» CREDIT ONE BANK | Unsecured Creditors | $1,178.95 | $0.00 | $1,178.95 |
| 13 | LVNV FUNDING LLC<br>»» CITIBANK | Unsecured Creditors | $1,218.06 | $0.00 | $1,218.06 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES<br>»» BARCLAYS/WYNDHAM | Unsecured Creditors | $3,829.28 | $0.00 | $3,829.28 |

**Chapter 13 Case No. 21-12997 / MBK**

| 15 | SYNCHRONY BANK<br>»» TJX REWARDS MC | Unsecured Creditors | $2,080.99 | $0.00 | $2,080.99 |
|---|---|---|---|---|---|
| 16 | SYNCHRONY BANK<br>»» ASHLEY FURNITURE | Unsecured Creditors | $1,031.12 | $0.00 | $1,031.12 |
| 17 | COLLINS ASSET GROUP, LLC.<br>»» FINWISE/LENDINGPOINT | Unsecured Creditors | $5,565.51 | $0.00 | $5,565.51 |
| 18 | Verizon by American InfoSource as Agent | Unsecured Creditors | $58.17 | $0.00 | $58.17 |
| 19 | KOHL'S | Unsecured Creditors | $1,117.95 | $0.00 | $1,117.95 |
| 20 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» WEBBANK | Unsecured Creditors | $26,417.82 | $0.00 | $26,417.82 |
| 21 | Verizon by American InfoSource as Agent | Unsecured Creditors | $154.25 | $0.00 | $154.25 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/3/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $5,000.00 | Plan Balance: | $85,000.00 ** |
| Paid to Claims: | $3,666.69 | Current Monthly Payment: | $500.00 |
| Paid to Trustee: | $401.50 | Arrearages: | $0.00 |
| Funds on Hand: | $931.81 | Total Plan Base: | $90,000.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit
www.russotrustee.com/epay for more  information.**

**View your case information online for _FREE_!  Register today at www.ndc.org or
scan this code to get started.**



**This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.