| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2022 to 03/13/2023
**Chapter 13 Case No. 21-12997 / MBK**

Joan Grochala

Petition Filed Date: 04/12/2021
341 Hearing Date: 05/13/2021
Confirmation Date: 07/14/2021

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/03/2022 | $500.00 | 81781080 | 01/31/2022 | $500.00 | 82442820 | 02/28/2022 | $500.00 | 83040620 |
| 02/28/2022 | $1,200.00 | 83040660 | 03/30/2022 | $1,700.00 | 83669150 | 04/29/2022 | $1,700.00 | 84302580 |
| 05/31/2022 | $1,700.00 | 84931790 | 06/27/2022 | $1,700.00 | 85516210 | 08/02/2022 | $1,700.00 | 86164910 |
| 08/31/2022 | $1,700.00 | 86773160 | 10/04/2022 | $1,700.00 | 87383170 | 10/31/2022 | $1,700.00 | 87984580 |
| 11/28/2022 | $1,700.00 | 88477380 | 12/30/2022 | $1,700.00 | 89067480 | 02/01/2023 | $1,700.00 | 89697140 |
| 02/28/2023 | $1,700.00 | 90239400 | | | | | | |

**Total Receipts for the Period: $23,100.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $27,100.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Joan Grochala | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Marcia Y. Phillips, Esq.<br>»»  ATTY DISCLOSURE | Attorney Fees | $3,200.00 | $3,200.00 | $0.00 |
| 1 | CITIZENS BANK, N.A.<br>»»  STUDENT LOAN | Unsecured Creditors | $8,545.21 | $1,504.03 | $7,041.18 |
| 2 | DISCOVER BANK | Unsecured Creditors | $4,857.41 | $854.92 | $4,002.49 |
| 3 | NAVIENT SOLUTIONS, LLC | Unsecured Creditors | $35,113.69 | $6,180.19 | $28,933.50 |
| 4 | ACAR LEASING LTD<br>»»  2020 CHEVROLET EQUINOX/LEASE | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 5 | GOLDMAN SACHS BANK USA | Unsecured Creditors | $5,900.36 | $1,038.52 | $4,861.84 |
| 6 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $4,536.08 | $798.39 | $3,737.69 |
| 7 | CW NEXUS CREDIT CARD HOLDINGS 1, LLC | Unsecured Creditors | $1,556.18 | $273.90 | $1,282.28 |
| 8 | CAPITAL ONE BANK (USA), N.A.<br>»»  SYNCHRONY | Unsecured Creditors | $4,053.27 | $713.39 | $3,339.88 |
| 9 | MIDFIRST BANK<br>»»  P/22 LONGWOOD DRIVE/1ST MTG | Mortgage Arrears | $466.69 | $466.69 | $0.00 |
| 10 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $1,722.12 | $303.10 | $1,419.02 |
| 11 | LVNV FUNDING LLC<br>»»  CREDIT ONE BANK | Unsecured Creditors | $3,110.02 | $547.37 | $2,562.65 |
| 12 | LVNV FUNDING LLC<br>»»  CREDIT ONE BANK | Unsecured Creditors | $1,178.95 | $207.51 | $971.44 |
| 13 | LVNV FUNDING LLC<br>»»  CITIBANK | Unsecured Creditors | $1,218.06 | $214.39 | $1,003.67 |

**Chapter 13 Case No. 21-12997 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 14 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  BARCLAYS/WYNDHAM | Unsecured Creditors | $3,829.28 | $673.99 | $3,155.29 |
| 15 | SYNCHRONY BANK<br>»»  TJX REWARDS MC | Unsecured Creditors | $2,080.99 | $366.27 | $1,714.72 |
| 16 | SYNCHRONY BANK<br>»»  ASHLEY FURNITURE | Unsecured Creditors | $1,031.12 | $166.97 | $864.15 |
| 17 | COLLINS ASSET GROUP, LLC.<br>»»  FINWISE/LENDINGPOINT | Unsecured Creditors | $5,565.51 | $979.55 | $4,585.96 |
| 18 | Verizon by American InfoSource as Agent | Unsecured Creditors | $58.17 | $0.00 | $58.17 |
| 19 | KOHL'S | Unsecured Creditors | $1,117.95 | $196.77 | $921.18 |
| 20 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  WEBBANK | Unsecured Creditors | $26,417.82 | $4,649.02 | $21,768.80 |
| 21 | Verizon by American InfoSource as Agent | Unsecured Creditors | $154.25 | $16.29 | $137.96 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 3/13/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $27,100.00 | Plan Balance: | $62,900.00  ** |
| Paid to Claims: | $23,351.26 | Current Monthly Payment: | $1,700.00 |
| Paid to Trustee: | $2,135.50 | Arrearages: | $0.00 |
| Funds on Hand: | $1,613.24 | Total Plan Base: | $90,000.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit www.TFSBillPay.com for more information.

View your case information online for *FREE*!  Register today at www.ndc.org or scan this code to get started.



**This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.