| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2023 to 01/25/2024
**Chapter 13 Case No. 21-12997 / MBK**

Joan Grochala

Petition Filed Date: 04/12/2021
341 Hearing Date: 05/13/2021
Confirmation Date: 07/14/2021

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/01/2023 | $1,700.00 | 89697140 | 02/28/2023 | $1,700.00 | 90239400 | 03/30/2023 | $1,700.00 | 90788230 |
| 05/01/2023 | $1,700.00 | 91409800 | 05/30/2023 | $1,700.00 | 91925240 | 07/03/2023 | $1,700.00 | 92493470 |
| 07/25/2023 | $1,700.00 | 92920190 | 08/30/2023 | $1,700.00 | 93501100 | 10/03/2023 | $1,700.00 | 94051190 |
| 11/02/2023 | $1,700.00 | 94582610 | 11/29/2023 | $1,700.00 | 95039020 | 01/02/2024 | $1,700.00 | 95555210 |

**Total Receipts for the Period: $20,400.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $44,100.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Joan Grochala | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Marcia Y. Phillips, Esq.<br>»»  ATTY DISCLOSURE | Attorney Fees | $3,200.00 | $3,200.00 | $0.00 |
| 1 | CITIZENS BANK, N.A.<br>»»  STUDENT LOAN | Unsecured Creditors | $8,545.21 | $2,703.79 | $5,841.42 |
| 2 | DISCOVER BANK | Unsecured Creditors | $4,857.41 | $1,536.93 | $3,320.48 |
| 3 | NAVIENT SOLUTIONS, LLC | Unsecured Creditors | $35,113.69 | $11,110.31 | $24,003.38 |
| 4 | ACAR LEASING LTD<br>»»  2020 CHEVROLET EQUINOX/LEASE | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 5 | GOLDMAN SACHS BANK USA | Unsecured Creditors | $5,900.36 | $1,866.94 | $4,033.42 |
| 6 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $4,536.08 | $1,435.26 | $3,100.82 |
| 7 | CW NEXUS CREDIT CARD HOLDINGS 1, LLC | Unsecured Creditors | $1,556.18 | $492.39 | $1,063.79 |
| 8 | CAPITAL ONE BANK (USA), N.A.<br>»»  SYNCHRONY | Unsecured Creditors | $4,053.27 | $1,282.49 | $2,770.78 |
| 9 | MIDFIRST BANK<br>»»  P/22 LONGWOOD DRIVE/1ST MTG | Mortgage Arrears | $466.69 | $466.69 | $0.00 |
| 10 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $1,722.12 | $544.90 | $1,177.22 |
| 11 | LVNV FUNDING LLC<br>»»  CREDIT ONE BANK | Unsecured Creditors | $3,110.02 | $984.03 | $2,125.99 |
| 12 | LVNV FUNDING LLC<br>»»  CREDIT ONE BANK | Unsecured Creditors | $1,178.95 | $373.03 | $805.92 |
| 13 | LVNV FUNDING LLC<br>»»  CITIBANK | Unsecured Creditors | $1,218.06 | $385.41 | $832.65 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  BARCLAYS/WYNDHAM | Unsecured Creditors | $3,829.28 | $1,211.63 | $2,617.65 |

Chapter 13 Case No. 21-12997 / MBK

| | | | | | |
|---|---|---|---|---|---|
| 15 | SYNCHRONY BANK BY AIS INFOSOURCE LP<br>»»  TJX REWARDS MC | Unsecured Creditors | $2,080.99 | $658.46 | $1,422.53 |
| 16 | LVNV FUNDING LLC<br>»»  ASHLEY FURNITURE/SYNCHRONY | Unsecured Creditors | $1,031.12 | $326.26 | $704.86 |
| 17 | COLLINS ASSET GROUP, LLC.<br>»»  FINWISE/LENDINGPOINT | Unsecured Creditors | $5,565.51 | $1,760.99 | $3,804.52 |
| 18 | Verizon by American InfoSource as Agent | Unsecured Creditors | $58.17 | $15.18 | $42.99 |
| 19 | KOHL'S | Unsecured Creditors | $1,117.95 | $353.73 | $764.22 |
| 20 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  WEBBANK | Unsecured Creditors | $26,417.82 | $8,346.36 | $18,071.46 |
| 21 | Verizon by American InfoSource as Agent | Unsecured Creditors | $154.25 | $48.81 | $105.44 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 1/25/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $44,100.00 | Plan Balance: | $45,900.00 ** |
| Paid to Claims: | $39,103.59 | Current Monthly Payment: | $1,700.00 |
| Paid to Trustee: | $3,434.30 | Arrearages: | $0.00 |
| Funds on Hand: | $1,562.11 | Total Plan Base: | $90,000.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more  information.

View your case information online for *FREE*!  Register today at **www.ndc.org** or scan this code to get started.



**This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.