UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Albert Russo

Standing Chapter 13 Trustee

PO Box 4853

Trenton, NJ  08650-4853

609-587-6888

In re:

Joan Grochala

Case No.: 21-12997 / EJO

Chapter:  13

Judge: Eamonn J. O'Hagan

## NOTICE DEPOSITING UNCLAIMED FUNDS
## PURSUANT TO D.N.J. LBR 3011-1(a)

Albert Russo, Trustee in the above captioned matter states that the entire amount in the Trustee's Account has been disbursed and that the following funds remain unclaimed.  The undersigned shall immediately forward a check to the court in the amount of $1,667.63, payable to the Clerk, United States Bankruptcy Court.  The parties entitled to said funds are listed below together with their last known address.

| PAYEE NAME AND ADDRESS | AMOUNT |
|---|---|
| CITIZENS BANK, N.A.<br>c/o FIRSTMARK SERVICES<br>PO BOX 2977<br>OMAHA, NE  68103 | $1,667.63 |

DATED:  6/9/2026

/s/   Albert Russo

Albert Russo
Standing Chapter 13 Trustee

2112997      1