UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
*Marcia Y. Phillips, Esquire*
*Attorney At Law*
1800 JFK Blvd.
Suite 300, PMB 92522
Philadelphia, PA 19103
Email: marciaphillipsesq@gmail.com
*Tel: 856-282-1100*
*Fax: 888-303-2922*
*Attorney ID:  3971989*
*Attorney for Debtor:  Joan Grochala*

| In Re: | Case No.:  21-12997 EJO |
|---|---|
| Joan Grochala | Chapter:  13 |
| Debtor. | Hearing Date: |
| | Judge:    EJO |

### *CERTIFICATION OF DEBTOR,  JOAN CROCHALA,*
### *IN SUPPORT OF DISCHARGE*

I, Joan Grochala, do hereby depose and state:

1.  I am a debtor in the above matter.

2.  All payments required by me to be paid under the plan have been made and paid in full.

3.  I am not required to pay domestic support obligations.

I do hereby certify that the foregoing statements are true and correct. I understand that if any of the foregoing statements are willfully false, I am subject to punishment.

Date:  6/21/2026

*/s/Joan Grochala*
Joan Grochala