<table>
<tr><td colspan="2"><strong>Information to identify the case:</strong></td></tr>
</table>

| | | |
|---|---|---|
| Debtor 1 | Joan Grochala<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–6516<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number:  21–12997–EJO | | |

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Joan Grochala

7/6/26

**By the court:** <u>Eamonn James O'Hagan</u>
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                     **Chapter 13 Discharge**                     page 1

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:

Joan Grochala

     Debtor

Case No. 21-12997-EJO

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3

Date Rcvd: Jul 06, 2026

User: admin

Form ID: 3180W

Page 1 of 3

Total Noticed: 45

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 08, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joan Grochala, 22 Longwood Dr, Trenton, NJ 08620-2415 |
| 519235537 | + | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 519166156 | + | M.A.K. Construction, Inc, 11 Highbridge Road, Trenton, NJ 08620-9632 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 06 2026 23:12:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 06 2026 23:12:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519186470 | + | EDI: PHINAMERI.COM | Jul 07 2026 02:47:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, P.O. Box 183853, Arlington, TX 76096-3853 |
| 519166144 | + | EDI: PHINAMERI.COM | Jul 07 2026 02:47:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 519166145 | + | EDI: TSYS2 | Jul 07 2026 02:47:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 519166147 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 06 2026 23:15:59 | CC Holdings/CardMember Services, Attn: Card Services, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 519166148 | | EDI: CCS.COM | Jul 07 2026 02:47:00 | CCS, PO Box 55126, Boston, MA 02205-5126 |
| 521264489 | + | EDI: BASSASSOC.COM | Jul 07 2026 02:47:00 | CIRAS, LLC, c/o Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Tucson, AZ 85712-1097 |
| 519169929 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jul 06 2026 23:10:00 | Citizens Bank N.A., One Citizens Bank Way, Mailstop: JCA115, Johnston, RI 02919 |
| 519166150 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jul 06 2026 23:10:00 | Citizens Bank NA, Attn: Bankruptcy, One Citizens Plaza, Providence, RI 02903 |
| 521262940 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jul 06 2026 23:10:00 | Citizens Bank, N.A., c/o Firstmark Services, PO Box 2977, Omaha, NE 68103 |
| 519166151 | | EDI: CKSFINANCIAL.COM | Jul 07 2026 02:47:00 | CKS Financial, PO Box 2856, Chesapeake, VA 23327-2856 |
| 519192399 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 06 2026 23:15:47 | CW Nexus Credit Card Holdings l, LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519166146 | + | EDI: CAPITALONE.COM | Jul 07 2026 02:47:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519189971 | + | EDI: AIS.COM | Jul 07 2026 02:47:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

| | | | |
|---|---|---|---|
| 519195988 | + EDI: AIS.COM | | |
| | | Jul 07 2026 02:47:00 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519166149 | + EDI: CITICORP | | |
| | | Jul 07 2026 02:47:00 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519232826 | + EDI: BASSASSOC.COM | | |
| | | Jul 07 2026 02:47:00 | Collins Asset Group LLC., Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Suite 200, Tucson, AZ 85712-1083 |
| 519170178 | EDI: DISCOVER | | |
| | | Jul 07 2026 02:47:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519166152 | + EDI: DISCOVER | | |
| | | Jul 07 2026 02:47:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 519166153 | EDI: CKSFINANCIAL.COM | | |
| | | Jul 07 2026 02:47:00 | Fiancial Responsible Debt Collections, PO Box 2856, Chesapeake, VA 23327-2856 |
| 519189958 | + EDI: AIS.COM | | |
| | | Jul 07 2026 02:47:00 | Goldman Sachs Bank, USA, by AIS InfoSource, LP as Agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519166154 | + EDI: CAPITALONE.COM | | |
| | | Jul 07 2026 02:47:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 519166155 | Email/Text: Bkynotices@lendingpoint.com | | |
| | | Jul 06 2026 23:11:00 | LendingPoint LLC., 1201 Roberts Blvd, Suite 200, Kennesaw, GA 30144 |
| 519927777 | + Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Jul 06 2026 23:15:52 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 519927778 | + Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Jul 06 2026 23:16:03 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 519216787 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Jul 06 2026 23:15:53 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519166157 | + Email/Text: GSBankElectronicBankruptcyNotice@gs.com | | |
| | | Jul 06 2026 23:11:00 | Marcus by Goldman Sachs, Attn: Bankruptcy, Po Box 45400, Salt Lake City, UT 84145-0400 |
| 519211748 | + EDI: AISMIDFIRST | | |
| | | Jul 07 2026 02:47:00 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 519166158 | + EDI: AISMIDFIRST | | |
| | | Jul 07 2026 02:47:00 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 519166159 | + Email/PDF: Bankruptcy_Prod@mohela.com | | |
| | | Jul 06 2026 23:16:12 | Navient, Attn: Claims Dept, Po Box 9500, Wilkes-Barre, PA 18773-9500 |
| 519186368 | EDI: MAXMSAIDV | | |
| | | Jul 07 2026 02:47:00 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 519217812 | EDI: PRA.COM | | |
| | | Jul 07 2026 02:47:00 | PORTFOLIO RECOVERY ASSOCIATES, LLC, c/o WYNDHAM, POB 41067, Norfolk, VA 23541 |
| 519237063 | EDI: Q3G.COM | | |
| | | Jul 07 2026 02:47:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519166160 | + Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Jul 06 2026 23:15:53 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 519232639 | + EDI: AIS.COM | | |
| | | Jul 07 2026 02:47:00 | Synchrony Bank, c/o AIS InfoSource, LP, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519166162 | + EDI: SYNC | | |
| | | Jul 07 2026 02:47:00 | Synchrony Bank/TJX, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 519166163 | + EDI: SYNC | | |
| | | Jul 07 2026 02:47:00 | Synchrony/Ashley Furniture Homestore, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

District/off: 0312-3                          User: admin                                    Page 3 of 3
Date Rcvd: Jul 06, 2026                       Form ID: 3180W                                 Total Noticed: 45

| 520705852 | + EDI: AIS.COM | | |
| | | Jul 07 2026 02:47:00 | Velocity Investments, LLC by AIS InfoSource, LP as, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520705853 | + EDI: AIS.COM | | |
| | | Jul 07 2026 02:47:00 | Velocity Investments, LLC by AIS InfoSource, LP as, 4515 N Santa Fe Ave, Oklahoma City, OK 73118, Velocity Investments, LLC by AIS InfoSou, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519234400 | + EDI: AIS.COM | | |
| | | Jul 07 2026 02:47:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519166164 | + EDI: CKSFINANCIAL.COM | | |
| | | Jul 07 2026 02:47:00 | Webcollex, LLC, dba CKS Financial, 510 Independence Parkway, Suite 300, Chesapeake, VA 23320-5180 |

TOTAL: 42

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519166161 | | Syncb/walmart |
| 521264490 | *+ | CIRAS, LLC, c/o Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Tucson, AZ 85712-1097 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2026                          Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 6, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | |
| | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | |
| | docs@russotrustee.com |
| Marcia Y. Phillips | |
| | on behalf of Debtor Joan Grochala marciaphillipsesq@gmail.com theladyjustice.phillips@gmail.com;phillips.marciay.b123393@notify.bestcase.com;phillips.marcia.b123393@notify.bestcase.com |
| Matthew K. Fissel | |
| | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com matthew.fissel@brockandscott.com |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5